# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN DENIZARD,**

    **Plaintiff,**

**v.**                                         **Case No: 6:14-cv-714-Orl-31DAB**

**RELIC INC., TREFOIL PRESERVATION INC. and GINGER BRIDGES,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Default Judgment and Motion to Certify Class (Doc. No. 12), filed June 13, 2014.

On June 17, 2014, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this order.

2. The Motion for Default Judgment and Motion to Certify Class (Doc. No. 12) is **DENIED without prejudice**. If Plaintiff renews the requests for both default judgment and class certification, it must do so by filing separate motions,

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2014.

                                                                **GREGORY A. PRESNELL**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party